782 A.2d 420

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MICHAEL BEAULEAUX, DEFENDANT–
PETITIONER.

July 19, 2001.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. R.D.* —— N.J. ——, —— A.2d ——, 2001 WL 799742 (2001).

782 A.2d 421

STATE OF NEW JERSEY IN THE INTEREST
OF D.W.,(D.W.,—PETITIONER).

July 19, 2001.

Denied.